Submitted June 26, affirmed August 14, 2013

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

CESAR MANUEL FERREYROS,
*Defendant-Appellant.*

Marion County Circuit Court
10C44122; A148426

309 P3d 1103

Peter Gartlan, Chief Defender, and Stephanie J. Hortsch, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Anna M. Joyce, Solicitor General, and Matthew J. Lysne, Assistant Attorney-in-Charge, filed the brief for respondent.

Before Armstrong, Presiding Judge, and Nakamoto, Judge, and Edmonds, Senior Judge.